UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:23-cv-01098-TPB-AAS

Albert Detloff,

            Plaintiff,

vs.

Synchrony Bank,

            Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: October 30, 2023

            Respectfully submitted,

            By /s/ Sergei Lemberg

            Sergei Lemberg, Esq.
            FL Bar No.: 1026228
            LEMBERG LAW, L.L.C.
            11555 Heron Bay Boulevard, Suite 200
            Coral Springs, FL 33076
            Telephone: (203) 653-2250
            Facsimile:  (203) 653-3424
            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 30, 2023, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By /s/ Sergei Lemberg

                                     Sergei Lemberg